UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FRADIUE,<br><br>　　　　　　　Petitioner,<br><br>　　　　　v.<br><br>RAYMOND MADDEN, Warden,<br><br>　　　　　　　Respondent. | Case No. 5:18-00286 MCS (ADS)<br><br>ORDER ACCEPTING<br>REPORT AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE<br>AND DISMISSING CASE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Answer, Petitioner's Traverse, and all related filings, along with the Report and Recommendation of the assigned United States Magistrate Judge dated November 16, 2020 [Dkt. No. 23].

　　　　Finding no objections on file, IT IS HEREBY ORDERED:

　　　　1.　　The United States Magistrate Judge's Report and Recommendation [Dkt. No. 23] is accepted;

　　　　2.　　The Petition is dismissed with prejudice;

3. The request for evidentiary hearing is denied; and

4. Judgment is to be entered accordingly.

DATED: December 29, 2020

_____
THE HONORABLE MARK C. SCARSI
United States District Judge