JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY FRADIUE, | Case No. 5:18-00286 MCS (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| RAYMOND MADDEN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: December 29, 2020

_____
THE HONORABLE MARK C. SCARSI
United States District Judge